RECEIVED
JAN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JAN 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-Pass Technologies, Inc.<br>Plaintiff(s)<br>v.<br>PalmOne, Inc., PalmSource, Inc. and Handspring, Inc.<br>Defendant(s) | CASE NUMBER<br>C-04-0528 DLJ<br><br>**SUBSTITUTION OF ATTORNEY** |

E-Pass Technologies, Inc. ☒ Plaintiff ☐ Defendant ☐ Other _____
_Name of Party_

hereby substitutes __Kelly W. Cunningham, Esq., of Cislo & Thomas LLP__ who is

☒ Retained Counsel ☐ Court Appointed Counsel ☐ Pro Per __1333 2nd Street, Suite 500__
_Street Address_

__Santa Monica, CA 90401__     __(310) 451-0647__     __(310) 394-4477__     __186,229__
_City, State, Zip Code_         _Telephone Number_      _Facsimile Number_      _State Bar Number_

as attorney of record in the place and stead of __Mark C. Dosker, Esq., Squire, Sanders & Dempsey LLP__
_Present Attorney_

Dated: __1-11-08__                         _/s/ [signature]_
                                           _Signature of Party_

Dated: __1/10/08__                         _/s/ [signature]_
                                           _Signature of Present Attorney, Mark C. Dosker, Esq._

I am duly admitted to practice in this District.

Dated: __1-10-08__                         _/s/ [signature]_
                                           _Signature of New Attorney Kelly W. Cunningham, Esq._

Substitution of Attorney is hereby ☒ Approved. ☐ Denied.

Dated: __Jan 10, 2008__                    _/s/ [signature]_
                                           United States District Judge ~~/ Magistrate Judge~~

## PROOF OF SERVICE

The undersigned certifies and declares as follows:

I, Mary Ann Dimapasoc, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Suite 300, San Francisco, California, 94111-3492.

On January 11, 2008, I served a true and correct copy of the following documents:

1. **E-Pass Technologies, Inc. Substitution of Attorney**

on the interested parties in this action as follows:

| | |
|---|---|
| EDWARD SIKORSKI, ESQ.<br>JOHN ALLCOCK, ESQ.<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>401 B STREET, SUITE 2000<br>SAN DIEGO, CA 92101-4297<br><br>COUNSEL FOR DEFENDANTS 3COM, INC., PALM, INC., PALMONE, INC. AND HANDSPRING, INC. | M. ELIZABETH DAY, ESQ.<br>SAL LIM, ESQ.<br>VINCENT S. LAM, ESQ.<br>DLA PIPER RUDNICK GRAY CARY<br>2000 UNIVERSITY AVENUE<br>EAST PALO ALTO, CA 94303-2248<br><br>COUNSEL FOR DEFENDANTS 3COM, INC., PALM, INC., PALMONE, INC. AND HANDSPRING, INC. |
| WILLIAM J. BOHLER, ESQ.<br>MADISON C. JELLINS, ESQ.<br>SUSAN C. MOON, ESQ.<br>JULIE J. HAN, ESQ.<br>TOWNSEND & TOWNSEND & CREW<br>379 LYTTON AVENUE<br>PALO ALTO, CA 94301<br><br>COUNSEL FOR DEFENDANTS VISA INTERNATIONAL SERVICE ASSOCIATION AND VISA U.S.A., INC. | MARK D. ROWLAND, ESQ.<br>ANDREW T. OLIVER, ESQ.<br>ROPES & GRAY LLP<br>525 UNIVERSITY AVENUE, SUITE 300<br>PALO ALTO, CA 94301<br><br>COUNSEL FOR DEFENDANT PALMSOURCE, INC. |

☒ **By U.S. Mail.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on January 11, 2008, at San Francisco, California.

I declare under penalty of perjury that the above is true and correct.

_____        _____
Mary Ann Mendoza                                            (Signature)

---

PROOF OF SERVICE

C 00 2255 DLJ; C 03 4747 DLJ; C 04 0528 DLJ