Daniel M. Cislo, Esq., No. 125,378
Kelly W. Cunningham, Esq., No. 186,229
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone:  (310) 451-0647
Telefax:  (310) 394-4477
Email:   dancislo@cislo.com
         kcunningham@cislo.com

Attorneys for Plaintiff
E-PASS TECHNOLOGIES, INC.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| E-PASS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> 3COM CORP. AND PALM, INC., <br><br> Defendants. | ) CASE NO. C-00-2255 DLJ <br>) CASE NO. C-03-4747 DLJ <br>) CASE NO. C-04-0528 DLJ <br>) **Related Cases** <br>) <br>) <br>) <br>) <br>) [~~PROPOSED~~] **ORDER GRANTING** <br>) **ACCESS SYSTEMS AMERICAS' APRIL** <br>) **15, 2008 MISCELLANEOUS** <br>) **ADMINISTRATIVE REQUEST TO FILE** |
| E-PASS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A., INC., <br><br> Defendants. | ) **DOCUMENTS UNDER SEAL** <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |
| E-PASS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PALMONE, INC., PALMSOURCE, INC. AND HANDSPRING, INC., <br><br> Defendants. | ) <br>) <br>) <br>) <br>) Date:      April 29, 2008 <br>) Time:      9:00 am <br>) Courtroom: The Hon. Elizabeth D. Laporte <br>)            Courtroom E, 15th Floor <br>) <br>) |

Having considered the Miscellaneous Administrative Request of Defendant ACCESS SYSTEMS AMERICA, INC. ("Access") for Leave to File Documents Under Seal, and the Declaration of Kelly W. Cunningham concurrently filed on behalf of Plaintiff E-Pass Technologies, Inc. attesting to the confidential nature of the information that is the subject of Access's request,

IT IS HEREBY ORDERED THAT:

Access's request is GRANTED.   The Clerk of the Court shall file the following documents under seal, entitled,

1.   Judgment Creditor Access Systems Americas, Inc.'s (formerly PalmSource, Inc.) Reply in Support of Motion to Compel; and

2.   Supplemental Declaration of Andrew T. Oliver in Support of Access Systems' Americas, Inc.'s (formerly PalmSource, Inc.) Motion to Compel, including Exhibit 21 to the Declaration thereto.

Date:     May 1,      , 2008



United States Magistrate Judge

IT IS SO ORDERED

Judge Elizabeth D. Laporte

Respectfully submitted,

CISLO & THOMAS LLP

By: _____
Daniel M. Cislo, Esq.
Kelly W. Cunningham, Esq.

Attorneys for Plaintiff
E-PASS TECHNOLOGIES, INC.

Dated:  May 1, 2008

T:\08-20696\KWC declaration in support of confidentiality of Oliver Exh 21.order.DOC

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

2

## PROOF OF SERVICE

I am over the age of eighteen (18) years, employed in the State of California, and not a party to the above-entitled action. My business address is 1333 2nd Street, Suite 500, Santa Monica, California 90401-4110.

On Thursday, May 1, 2008, I served:

**[PROPOSED] ORDER GRANTING ACCESS SYSTEMS AMERICAS' APRIL 15, 2008 MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**

by the Court's Electronic Filing System and by United States First Class Mail to the following:

| | |
|---|---|
| M. Elizabeth Day, Esq.<br>Vincent Lam, Esq.<br>DLA PIPER RUDNICK GRAY CARY LLP<br>2000 University Avenue<br>East Palo Alto, California 94303-2248 | Madison C. Jellins, Esq.<br>Julie J. Han, Esq.<br>TOWNSEND AND TOWNSEND AND CREW<br>379 Lytton Avenue<br>Palo Alto, California 94301 |
| and | Attorneys for<br>Defendant VISA INC. (formerly VISA |
| John Allcock, Esq.<br>Edward H. Sikorski, Esq.<br>DLA PIPER RUDNICK GRAY CARY LLP<br>401 B Street, Suite 2000<br>San Diego, California 92101-4240 | INTERNATIONAL SERVICE ASSOCIATION<br>and VISA USA, INC.)<br><br>Mark D. Rowland, Esq.<br>Andrew T. Oliver, Esq.<br>ROPES & GRAY LLP<br>525 University Avenue<br>Palo Alto, California 94301-1903 |
| Attorneys for<br>Defendants 3COM, INC., PALM, INC.,<br>PALMONE, INC., and HANDSPRING, INC. | Attorneys for<br>Defendant ACCESS SYSTEMS AMERICAS,<br>INC. (formerly PALMSOURCE, INC.) |

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on Thursday, May 1, 2008, at Santa Monica, California.

Christopher Eckart